**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 31 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 21-10339 |
| Plaintiff-Appellee, | D.C. No. 3:20-cr-00381-VC-1 |
| v. | |
| JOSE ZUNIGA-CONTRERAS, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Northern District of California
Vince Chhabria, District Judge, Presiding

Submitted May 17, 2022[**]

Before:   CANBY, TASHIMA, and NGUYEN, Circuit Judges.

Jose Zuniga-Contreras appeals from the district court's judgment and

challenges his guilty-plea conviction and 48-month sentence for distribution of

fentanyl, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).  Pursuant to *Anders v.*

*California*, 386 U.S. 738 (1967), Zuniga-Contreras's counsel has filed a brief

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Zuniga-Contreras the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Zuniga-Contreras waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**